IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS R. BREEDEN,

        Plaintiff,

v.
                                  **Civil No.  3:11-cv-00263-JRS**

TRANS UNION, LLC,

        Defendant.

## JOINT RULE 26(f) REPORT

On June 29, 2011, the parties conducted their conference pursuant to Fed. R. Civ. P. 26(f).  The parties hereby agree to the Court's standing discovery plan and further agree to file their respective 26(a)(1) initial disclosures within two (2) weeks.

        Respectfully Submitted,

        /s/_____
        Susan M. Rotkis
        Virginia State Bar #40693
        Consumer Litigation Associates, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606
        Phone: (757) 930-3660
        Fax: (757) 930-3662
        srotkis@clalegal.com
        *Counsel for the Plaintiff*

Respectfully Submitted,

/s/
Grant E. Kronenberg
Virginia State Bar #65647
Morris & Morris, PC
11 South 12th Street, Fifth Floor
P.O. Box 30
Richmond, VA  23218
Telephone: (804) 344-6334
Facsimile: (804) 344-8359
gkronenberg@morrismorris.com
*Counsel for Defendant Trans Union, LLC*

Pro Hac Vice Counsel for Trans Union, LLC
Michael O'Neal
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368 4098  Telephone
(312) 630 7319  Facsimile
michael.oneil@dlapiper.com

Albert E. Hartmann
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368-2142  Telephone
(312) 630-7317  Facsimile
albert.hartmann@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 Fax
***Counsel for Plaintiff***

I further certify that I will cause a copy of the foregoing and corresponding NEF by electronic mail on the following non-filing user: None

/s/_____
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300  Telephone
(804) 344-8539  Facsimile
gkronenberg@morrismorris.com